

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

ALEXANDRA CORSI
Assistant Corporation Counsel
phone: (212) 788-1090
fax: (212) 788-9776
email: acorsi@law.nyc.gov

April 26, 2011

BY ECF
Honorable Andrew L. Carter
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   George Pascoe v. City of New York, et al, 11 CV 1472 (ENV) (ALC)

Dear Magistrate Judge Carter:

      I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the above-referenced matter. I am writing on behalf of the City of New York to respectfully request a sixty-day enlargement of time, from April 20, 2011 to June 20, 2011, within which the City may answer or otherwise respond to the complaint. It appears that the City's answer is now past due and therefore this office sincerely apologizes for the delay, but the undersigned was just assigned to this case today, April 26, 2011. Plaintiff's counsel, Darius Wadia, Esq., consents to this request and this is defendant's first request for an enlargement of time.

      The complaint alleges, inter alia, that plaintiff George Pascoe was falsely arrested and imprisoned as a result of a March 30, 2010 summons. In addition to the City, plaintiff purports to name a New York City Department of Health and Hospitals Police Officer "Lourdes Ederica" as defendant, however, upon information and belief, this purported defendant has not been served with a copy of the summons and complaint. Thus, a decision concerning this office's representation of Officer Ederica has not yet been made and therefore this request for an extension of time is not made on her behalf. However, given the time involved in determining the representation of a City officer, and in the interest of judicial economy, we hope that the Court may, *sua sponte*, extend the time to answer on behalf of all defendants.

2

In addition, before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. To this end, this Office will need to obtain and thereafter process the §160.50 release from plaintiff, in order to obtain the underlying arrest and criminal court records. Therefore, the enlargement of time will afford us the opportunity to properly investigate the matter.

For the foregoing reasons, we respectfully request that the Court grant the within request extending defendants' time to answer or otherwise respond to the complaint until June 20, 2011. Thank you for your consideration in this regard.

Respectfully submitted,

/s/

Alexandra Corsi
Assistant Corporation Counsel
Special Federal Litigation Division

Cc:    BY ECF
       Darius Wadia, Esq.
       Attorney for Plaintiff
       233 Broadway, Suite 2208
       New York, NY 10279