

| | | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NEW YORK 10007 | **ALEXANDRA CORSI**<br>Assistant Corporation Counsel<br>E-mail: acorsi@law.nyc.gov<br>Phone: (212) 788-1090<br>Fax: (212) 788-9776 |

July 5, 2011

**BY ECF**
Honorable Andrew L. Carter
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re: <u>George Pascoe v. City of New York, et al</u>, 11 CV 1472 (ENV) (ALC)

Dear Magistrate Judge Carter:

    I am the Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department assigned to the above-referenced matter. I am writing with the consent of plaintiff's counsel, Darius Wadia, Esq., to respectfully request an adjournment of the initial conference in this matter, currently scheduled for 11:45 a.m. tomorrow, July 6, 2011. This is defendants' first request for an adjournment of the initial conference. The reason for this request is that counsel for both parties have scheduling conflicts that day. The undersigned will be attending another conference at the same time on that day, and in addition, plaintiff's counsel has indicated that he is currently handling a trial in New York County Supreme Court which may be ongoing on July 6, 2011. Accordingly, defendants respectfully request that the Court adjourn the July 6, 2011 initial conference until a date and time convenient for the Court after July 6, 2011. Thank you for your consideration in this regard.

                     Respectfully submitted,

                     /s/

                     Alexandra Corsi
                     Assistant Corporation Counsel

Cc: Darius Wadia, Esq. (by ECF)